IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC LEE ERICKSON,

    Plaintiff,

v.                                                     4:19cv215–WS/CAS

TPD OFFICER J. BUIS,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed October 10, 2019. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with a court order. In response to the magistrate judge's report and recommendation, Plaintiff has filed a one-page document (ECF No. 9) that is, in essence, meaningless.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is adopted

and incorporated by reference in this order of the court.

    2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order and to prosecute the case.

    3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this __20th__ day of __November__, 2019.

                            s/ William Stafford
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE